IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CASE NO.: 3:10-CV-543-FDW-DCK

L. A. PRINTEX INDUSTRIES, INC.,

    Plaintiff,

v.

THE CATO CORPORATION,

    Defendants.

ORDER

**THIS MATTER IS BEFORE THE COURT** on the "Application For Admission To Practice *Pro Hac Vice*" (Document No. 4) concerning Stephen M. Doniger, filed November 1, 2010. Mr. Doniger seeks to appear as counsel *pro hac vice* for Plaintiff L. A. Printex Industries, Inc.

Upon review and consideration of the Motion, which was accompanied by submission of the necessary fee, the Court hereby grants the motion.

In accordance with Rule 83.1(B) of this Court's Local Rules, Mr. Doniger is admitted to appear before this court *pro hac vice* on behalf of Plaintiff L. A. Printex Industries, Inc.

Signed: November 1, 2010

David C. Keesler
United States Magistrate Judge